# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**ELAINE L. CHAO**, Secretary of Labor,
United States Department of Labor,

Civil No. 05-2614 (RHK/AJB)

Plaintiff,

**ORDER**

vs.

**RISCOMP INDUSTRIES, INC.,
ROBERT WOOD, KURT WOOD,
DAVID NELSON, and
RJ ASSOCIATES EMPLOYEE BENEFIT
PLAN AND TRUST,**

Defendants.

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' Motion to amend and terminate the RJ Associates Employee Benefit Plan and Trust.

Based upon the Affidavit of Peter M. Rosene, the Court's Order dated March 9, 2006, and all files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Independent Fiduciary's final request for compensation in the amount of $4,969.56 is approved.

2. That the Independent Fiduciary may amend the Plan to permit distribution to an organization that is exempt from tax under 26 U.S.C. §501(c)(3).

Dated: ___2/9____, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge